

RECEIVED

SEP 19 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

*(Rev. 5/1/13)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**MCAUTHUR WHITE JR #2590**     **CASE NO. 3:18-CV-01185 SEC P**

**VERSUS**                      **JUDGE DOUGHTY**

**LINCOLN PARISH DETENTION**    **MAGISTRATE JUDGE HAYES**
**CENTER ET AL**

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983

### I.   Previous Lawsuits

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
     Yes ☐   No ☒

b.   If your answer to the preceding question is "Yes," provide the following information.

   1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

   _____

   _____

   2.   Name the parties to the previous lawsuit(s):

   Plaintiffs: _____

   Defendants: _____

   3.   Docket number(s): _____

   4.   Date(s) on which each lawsuit was filed: _____

   5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
     Yes ☐   No ☒

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.    a. Name of institution and address of current place of confinement:**

Lincoln parish Detention center

b. Is there a prison grievance procedure in this institution?
Yes ☑    No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☑ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

Never Answer grievance

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

you write It on the TV (Kiosc) And As mrs Bagwell
Suppose To Answer But Never Did

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.    Parties to Current Lawsuit:**

a. Name of Plaintiff: McAuthur White Jr

(Rev. 5/1/13)

Address: 170 Camp Road Ruston, LA 71270

Mike Stone

b. Defendant, Lincold Parish Detention Center, is employed as
170 Camp Road, Ruston, LA 71270

Sheriff at Lincoln parish Detention Center.

Defendant, Vikkie Prevas, is employed as
170 Camp Road, Ruston, LA 71270

Nurse at Lincorn parish Detention Center

Defendant, Pamela Hearn, is employed as
170 Camp Road, Ruston, LA 71370

Doctor at Lincoln parish Detention center

Additional defendants: Jim Teamfup (Warder) Dam Tolbert

Ass Warden Lincoln parish police Jary

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On or About the 31st Day of August where Vikkie Reevas Brought me From A pod to the medical unit there was A guy from C pod in the office in which pamela Hearne Had the Door open And she told him I Am Taking you off these psychonist Meds And put you on these for what ever, then they called Deputy mitchell from the Rodice To Come To medical And He went Stand By the Door of the Room she exomine Another Inmate when Dr Hearne came out Nurse Vikkie Reevers started placing Inmate's in order To see the Doctor Nurse Vikkie Reevers Told Dr Hearne when It came To me this Is my lil cancer pationt she expose my medical condition To the entire Room where she Violated my Hippa Rights, Dr Hearne Also Started yelling I Am Not giving you No more exsume Page 3 of 4, I Told Her I am Not Here from that And She Said Tell me why Are you Here, she wanted me To Reveal my medical problems In front of every one In the waiting Room Over

*(Rev. 5/1/13)*

## V.    Relief

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

I want Dr Hearde To Be suspended from this Job Permanently And pay me $5,000 Dollars. I Also want Nurse Vickie Reevens To Be Suspended for 10 working Days And she pay me $5,000 Dollars. Also the Lincoln parish Detention Center to Hire A Doctor To give Inmate's proper medical Treatment And Also Have A psycherist come to To see Inmate's And Assess them Not the medical practioner's

## VI.    Plaintiff's Declaration

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___15___ day of __September__ , 20_18_.


___2590___

**Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of
Prisons**

___MC Authur White___

**Signature of Plaintiff**

McAuthur white 5'