# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MCAUTHUR WHITE, JR. | CIVIL ACTION NO. 18-1185 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| LINCOLN PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff McAuthur White, Jr.'s claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 17th day of October, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**